# Exhibit A

**I.Q. Data International, Inc.**

P.O. Box 340, Bothell, Washington 98041-0340 • 21222 30th Drive SE, Suite 120, Bothell, WA 98021-7012
Hours: Monday-Friday 8AM TO 5PM PST • Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2104
www.iqdata-inc.com
Send all Written Disputes to: P.O. Box 39, Bothell, WA 98041-0039



March 28, 2019

Creditor: ARBORS AT CALIFORNIA OAKS (CA)   R01-Account #: ▇▇▇▇1636

| | |
|---|---|
| Principal Due: | $7,763.50 |
| Interest Due: | $607.47 |
| Total Due: | $8,370.97 |

Dear DEBRA COLASANTI

Your past due account has been referred to our office for collection. Please remit payment in full or contact our office to make payment arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you make a request in writing to this office within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,
Account Representative
888-248-2509

**To pay your account online, please go to our consumer portal at www.iqdata-inc.com.**

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Your outstanding principal balance will accrue interest at a rate of 007.00 percent per annum.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a Credit Reporting Agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the initial notice sent to you.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 A.M. or after 9 P.M. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

CCORENT01R01_236883383

---

***Detach Lower Portion and Return with Payment***

| Card number plus 3 or 4-digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP. DATE / | VISA |
| Cardholder Signature | AMOUNT $ | MasterCard |

IQD
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

March 28, 2019

R01

DEBRA COLASANTI
▇▇▇▇▇▇▇▇
Temecula CA 92591-5600

I.Q. Data International, Inc.
P.O. Box 340
Bothell, WA 98041-0340

Account # ▇▇▇▇1636
Total Due: $8,370.97