# Exhibit C

| | | | |
|---|---|---|---|
| From: | Arbors at California Oaks<br>24375 Jackson Avenue<br>Murrieta, CA 92562 | Statement of Security Deposit Accounts<br>Apr 22, 2019<br>Account: ▮▮▮IL | |
| | | Residents:<br>Debra Colasanti<br>Stefano Colasanti | |
| To: | Debra Colasanti<br>▮▮▮▮▮▮▮<br>Temecula, CA 92591 | | |
| Agreement: | Lease begins 08/01/17<br>Lease ends 02/25/18<br>Move-in 07/23/15<br>Notice 12/12/17<br>Move-out 02/13/18 | Monthly Charges:<br>Rental Income: | $1,368.00 |
| | On Hand: | PET DEPOSIT<br>SECURITY DEPOSIT | 300.00<br>800.00<br>---------<br>1,100.00 |
| | Balances Due: | RENTAL INCOME<br>EVICTION | 1,368.00<br>855.00<br>---------<br>2,223.00 |
| | New Charges: | Judgement per court | 866.40<br>---------<br>866.40 |
| Summary: | | Total Deposits<br>Total Prepaid<br>Applied to Due<br>Applied to Other<br><br>Refunded<br><br>Due Property | 1,100.00<br>0.00<br>1,100.00<br>0.00<br>---------<br>0.00<br>---------<br>3,089.40 |

If you should have any questions regarding this statement, please contact our office. The Leasing Office phone number is (951)-461-3264.

Thank you.