ERIC D. COLEMAN
ecoleman@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. COLASANTI-EMILIANI and STEFANO COLASANTI- EMILIANI, | Case No. 5:19-cv-01203-JGB-KK |
| Plaintiffs, | **ORDER ON DISMISSAL WITH PREJUDICE** |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant. | |

Plaintiffs, DEBRA L. COLASANTI-EMILIANI and STEFANO COLASANTI- EMILIANI ("Plaintiffs"), by and through their attorneys, Sulaiman Law Group, Ltd., having filed with this Court their Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

1     IT IS THEREFORE ORDERED by this Court that the above cause of action

2
is hereby dismissed, with prejudice.
3

4
Dated: December 10, 2019
5

6     _____

7     Hon. Jesus G. Bernal
United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28